[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-11361
Non-Argument Calendar
_____

D.C. Docket No. 8:17-cr-00254-CEH-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEAN MORGAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 11, 2018)

Before MARTIN, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

The government's motion to dismiss this appeal pursuant to the sentence

appeal waiver in Morgan's plea agreement is GRANTED.  *See* 18 U.S.C.

§ 3583(a) (term of supervised release is "part of the sentence"); *United States v.*

*Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) ("An appeal waiver includes the waiver of the right to appeal difficult or debatable legal issues or even blatant error.").